UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRENDEN D. MULLIGAN,<br><br>Defendant. | Case: 1:26-cr-20018<br>Judge: Ludington, Thomas L.<br>MJ: Morris, Patricia T.<br>Filed: 01-14-2026<br><br><u>Violations:</u><br>18 U.S.C. § 2113(a) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
**Bank Robbery**
**18 U.S.C. §§ 2113(a) and 2113(d)**

On or about July 14, 2025, in the Eastern District of Michigan, BRENDEN D. MULLIGAN, by force, violence, and intimidation took from the person and presence of another approximately $6,631 in money belonging to and in the care, custody, control, management, and possession of the Independent Bank, whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Sections 2113(a).

## FORFEITURE ALLEGATION
(18 U.S.C. § 981 and 28 U.S.C. § 2461)

The allegations above contained in this Indictment are incorporated by reference as if set forth fully herein for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C) together with Title 28, United States Code, Section 2461.

As a result of violating Title 18, United States Code, Section 2113(a), as set forth in this Indictment, BRENDEN D. MULLIGAN shall forfeit to the United States any property, real or personal, constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation, pursuant to Title 18, United States Code, Section 981(a)(1)(C) together with Title 28, United States Code, Section 2461.

Substitute Assets:   If the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    (a)    Cannot be located upon the exercise of due diligence;

    (b)    Has been transferred or sold to, or deposited with, a third party;

    (c)    Has been placed beyond the jurisdiction of the Court;

    (d)    Has been substantially diminished in value; or

    (e)    Has been commingled with other property that cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) as incorporated by Title 28, United States Code, Section 2461, to seek to forfeit any other property of defendant up to the value of the forfeitable property described above.

<u>Money Judgment</u>: Upon conviction of the violation alleged in this Indictment, the United States will seek a forfeiture money judgment against the defendant in an amount equal to the total amount of proceeds obtained as a result of defendant's violation of Title 18, United States Code, Sections 2113(a), as alleged in this Indictment.

Dated: January 14, 2026

THIS IS A TRUE BILL

<u>s/Grand Jury Foreperson</u>
GRAND JURY FOREPERSON

JEROME F. GORGON, JR.
United States Attorney

<u>s/William Orr</u>
ANTHONY P. VANCE
Assistant United States Attorney
Chief, Branch Offices
600 Church Street
Flint, Michigan 48502-1280
Phone: (810) 766-5177
anthony.vance@usdoj.gov
P61148

<u>s/Anthony P. Vance</u>
WILLIAM ORR
Assistant U.S. Attorney
101 First Street, Suite 200
Bay City, Michigan 48708-5747
Phone: (989) 895-5712
william.orr@usdoj.gov
Texas Bar No: 24102308

Companion Case information MUST be completed by AUSA and initialed

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

## Companion Case Information

This may be a companion case based upon LCrR 57.10 (b)(4)[1]:

☐ Yes     x No

Case: 1:26-cr-20018
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 01-14-2026

Case Title: USA v.  Brenden D. Mulligan

County where offense occurred:  Bay

Check One:  **X** Felony     __ Misdemeanor    __ Petty

    _____Indictment/____Information ---  **no** prior complaint.
    __X__Indictment/____Information ---  based upon **prior complaint** [25-MJ-30450]
    _____Indictment/____Information ---  based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____ **Judge:** _____

    ☐  Corrects errors; no additional charges or defendants.
    ☐  Involves, for plea purposes, different charges or adds counts.
    ☐  Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

Date:    January 14, 2026

s/William Orr
William Orr
Assistant United States Attorney
101 First Street, Suite 200, Bay City, MI 48708
Phone:   989-895-5712
Fax: 989-895-5790
E-Mail address: William.Orr@usdoj.gov
Attorney Bar #:   Texas 24102308

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.